UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket no. 2:04-cr-92-GZS |
| SANG TRAN, | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR RELIEF UNDER 18 U.S.C. § 3582(C)(2)**

Before the Court is Defendant's Pro Se Motion for Relief under 18 U.S.C. § 3582(c)(2). 18 U.S.C. § 3582(c) does allow a court to modify a defendant's sentence in specific enumerated circumstances, including when the defendant's sentencing range has been lowered as a result of guideline amendments that are explicitly made retroactive in accordance with 28 U.S.C. § 994(o) &(u) and U.S.S.G. § 1B1.10. This Defendant previously has received a reduction pursuant to these provisions. (See Docket # 101.) To the extent he now seeks an additional reduction, the most recent guideline amendments related to crack cocaine quantities have not been made retroactive pursuant to U.S.S.G. § 1B1.10. For this reason, the Court hereby DENIES Defendant's Motion.

      SO ORDERED.

    /s/ George Z. Singal
    United States District Judge

Dated this 5th day of November, 2010.